FILED

11/17/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0527



# IN THE SUPREME COURT OF THE STATE OF MONTANA
## THE OFFICE OF THE CLERK OF SUPREME COURT
## HELENA, MONTANA 59620-3003

Supreme Court No.
DA 23-0527

EMMANUEL F. GOMEZ

      Appellant,

v.

STATE OF MONTANA

      Appellee.

**GRANT OF EXTENSION**

Pursuant to authority granted under M. R. App.P. 26(1), Appellant is given an extension of time until December 23, 2023, to prepare, file, and serve the opening brief.

DATED this November 17, 2023

Bowen Greenwood
Clerk of the Supreme Court

c:      Emmanuel F. Gomez, Austin Miles Knudsen, Kirsten H. Pabst

**PO BOX 203003 • HELENA MT • 59620-3003 • TELEPHONE: (406) 444-3858 • FAX: (406) 444-5705**